1  Edward J. Wynne, SBN 165819
   J.E.B. Pickett, SBN 154294
2  WYNNE LAW FIRM
   100 Drake Landing Road
3  Greenbrae, California 94904
   Telephone: 415 461-6400
4  Facsimile:  415 461-3900

5  Attorneys for Plaintiff
   JONATHAN NELSON
6

   R. Brian Dixon, SBN 76247
7  AnnaMary E. Gannon, SBN 92175
   LITTLER MENDELSON
8  A Professional Corporation
   650 California Street, 20th Floor
9  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
10 Facsimile:  415.399.8490

11 Attorneys for Defendants
   PITNEY BOWES INC. and
12 PITNEY BOWES GOVERNMENT SOLUTIONS, INC.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15 JONATHAN NELSON, individually and on behalf of all others similarly situated, | Case No. C 06-05954 JSW |
| 16 | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO FILE MOTION FOR CLASS CERTIFICATION** |
| 17          Plaintiff, | |
| 18 v. | |
| 19 PITNEY BOWES, INC., PITNEY BOWES GOVERNMENT SOLUTIONS, INC. | Trial Date: None Set |
| 20 | |
| 21          Defendants. | |

22
          At the Initial Case Management Conference conducted on February 23, 2007, the Court set
23
   June 22, 2007 as the last day to file a motion for class certification. Since that time, counsel for the
24
   parties have conferred and have identified a framework for a possible settlement. Counsel for the
25
   plaintiff is currently, and has been since May 21, 2007, in trial in another wage and hour class
26
   action in Alameda Superior Court, which has limited counsel's availability to participate in more
27
   substantive settlement negotiations. For these reasons, the parties stipulate and request the Court
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Stipulation & ~~Proposed~~ Order re Motion for Class Certification
C 06-05954 JSW                                                              -1-

to continue the last day to file a motion for class certification for a period of 90 days, to September 21, 2007.

No trial date has been set and the parties will be prepared to advise the Court as to the status of a possible settlement at the Management Conference set for August 10, 2007.

Dated: June 15, 2007   WYNNE LAW FIRM

_____
J.E.B. Pickett

Attorneys for Plaintiff
Jonathan Nelson

Dated: June 15, 2007   LITTLER MENDELSON

_____
AnnaMary E. Gannon

Attorneys for Defendants
Pitney Bowes Inc. and
Pitney Bowes Government Solutions, Inc.

---

IT IS SO ORDERED.

Date: ___June 19___, 2007   _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Stipulation & ~~Proposed~~ Order re Motion for Class Certification
C 06-05954 JSW                                                              -2-