UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NELSON,<br><br>            Plaintiff(s),<br><br>      v.<br><br>PITNEY BOWES, INC. and PITNEY<br>BOWES GOVERNMENT SOLUTIONS, INC.<br><br>            Defendant(s) | CASE NO. C 0-05954<br><br>SUPPLEMENTAL CASE MANAGEMENT<br>STATEMENT AND PROPOSED ORDER<br><br>August 24, 2007<br>1:30 p.m.<br><br>Trial Date:  None Set |

   Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

### DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

   1. The following progress or changes have occurred since the last case management statement filed by the parties: Counsel for the parties continue to meet and confer regarding a possible settlement. A general settlement proposal made by plaintiff is now being evaluated and considered by defendants. After initially considering plaintiff's settlement proposal, defendants directed their counsel to prepare a comprehensive legal and economic evaluation, which is now underway. In addition, plaintiff has requested certain documents to verify the size of the class and the initial calculation of the maximum damages available should plaintiff prevail. Counsel for plaintiff continue to be in trial in another class action.

   2. The parties jointly request [or a party separately requests] the Court to make the following Supplemental Case Management Order: Continue the date for filing a motion for class certification to October 31, 2007.

Dated: August 20, 2007

_____
J.E.B. Pickett, Counsel for Plaintiff

Dated: August 20, 2007

_____
AnnaMary E. Gannon, Counsel for Defendants

### SUPPLEMENTAL CASE MANAGEMENT ORDER

   The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply wit this Order. *{In addition, the Court orders as follows:}*

Dated: __August 22, 2007__                    _____
                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

Published March 2000