1   Edward J. Wynne, SBN 165819
    J.E.B. Pickett, SBN 154294
2   WYNNE LAW FIRM
    100 Drake Landing Road
3   Greenbrae, California 94904
    Telephone: 415 461-6400
4   Facsimile: 415 461-3900

5   Attorneys for Plaintiff
    JONATHAN NELSON

6
    R. Brian Dixon, SBN 76247
7   AnnaMary E. Gannon, SBN 92175
    LITTLER MENDELSON
8   A Professional Corporation
    650 California Street, 20th Floor
9   San Francisco, CA 94108.2693
    Telephone: 415.433.1940
10  Facsimile: 415.399.8490

11  Attorneys for Defendants
    PITNEY BOWES INC. and
12  PITNEY BOWES GOVERNMENT SOLUTIONS, INC.

**RECEIVED**

**NOV 1 ɛ 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15  | JONATHAN NELSON, individually and on behalf of all others similarly situated, | Case No. C 06 5954 JSW |
    |---|---|
16  |  | **STIPULATION AND ORDER RE: ADDITIONAL TIME FOR FILING OF OPPOSITION AND REPLY BRIEFS TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND CLASS CERTIFICATION** |
17  | Plaintiff, |  |
18  | v. |  |
19  | PITNEY BOWES, INC., PITNEY BOWES GOVERNMENT SOLUTIONS, INC. |  |
20  | Defendants. |  |
21  |  | Trial Date: None Set |

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE: ADDITIONAL TIME FOR FILING BRIEFS
C 06-05954 JSW

-1-

1    The parties enter into this Stipulation Permitting Additional Time for the Filing of the

2    Opposition and Reply Briefs to Plaintiff's Motion for Conditional Certification and Class

3    Certification.

4    WHEREAS Plaintiff filed the Motion for Conditional Certification and Class

5    Certification on October 31, 2007; and

6    WHEREAS Defendants Opposition to the Motion is due filed November 16, 2007;

7    and

8    WHEREAS Plaintiff's Reply to the Opposition is due November 21, 2007; and

9    WHEREAS both parties seek additional time for the filing of their respective briefs

10    due to attorney work load and the Thanksgiving holiday; and

11    WHEREAS the parties have mutually agreed to an extension of time for the filing of

12    the briefs;

13    IT IS HEREBY STIPULATED BY THE PARTIES AS FOLLOWS:

14    1.    Defendant may file and serve its Opposition brief on November 21, 2007; and

15    2.    Plaintiff may file and serve its Reply brief on November 28, 2007.

Dated:  November 15, 2007                     WYNNE LAW FIRM

J.E.B. Pickett

Attorneys for Plaintiff
Jonathan Nelson

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE: ADDITIONAL TIME FOR FILING BRIEFS
C 06-05954 JSW                                                          -2-

Dated:  November 15, 2007                     LITTLER MENDELSON


_____
AnnaMary E. Gannon

Attorneys for Defendants
Pitney Bowes Inc. and Pitney Bowes Government
Solutions, Inc.

The Court HEREBY GRANTS the parties' stipulation but admonishes the parties to file any future stipulations to continue deadlines *before* the deadlines at issue.  The Court CONTINUES the hearing on the pending motion to December 14, 2007 at 9:00 a.m.

IT IS SO ORDERED.


Date:  ___November 20___, 2007          _____
                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIPULATION AND ORDER RE: ADDITIONAL TIME FOR FILING BRIEFS
C 06-05954 JSW                                                            -3-