IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN NELSON, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

PITNEY BOWES, INC. and PITNEY BOWES GOVERNMENT SOLUTIONS, INC.,

    Defendants.

No. C 06-05954 JSW

**ORDER VACATING HEARING DATE**

The parties' joint motion for preliminary approval of the class action settlement is currently set for hearing on Friday, June 13, 2008 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for June 13, 2008 is HEREBY VACATED.

The parties are directed to file by no later than June 20, 2008, a proposed order granting the joint motion for preliminary approval of the class action settlement. In the proposed order, the parties shall propose a date for a hearing on the final approval of the class action settlement.

**IT IS SO ORDERED.**

Dated: June 11, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE