IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PITNEY BOWES, INC. and PITNEY BOWES GOVERNMENT SOLUTIONS, INC.,<br><br>Defendants._____/ | No. C 06-05954 JSW<br><br>**NOTICE OF QUESTIONS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED ON NOVEMBER 14, 2008 AT 9:00 A.M.:

The Court has reviewed the parties' papers and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, with reference to pin cites and without argument or additional briefing. *Cf.* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The Court notes that while Plaintiff's counsel requested that his costs of $1,000 be awarded, he failed to provide the Court with a detailed description of the costs incurred that amounted to $1,000. To the extent Plaintiff's counsel seeks to have his costs awarded, he shall provide such description by no later than November 19, 2008.

The parties shall each have 15 minutes to address the following questions:

(1) The parties have not provided the Court with a proposed order granting their requested incentive payment to Plaintiff or attorney's fees. Were they planning on doing so? If so, by when?

(2) Have the parties received any objections since they submitted their declarations in support of their motion for joint approval?

(3) Do the parties have anything further they wish to address?

Dated: November 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE